UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MARZEC LAW FIRM, P.C.,

                Plaintiff,

   - against -

ALFRED GIULIANO, IN HIS CAPACITY AS INTERIM
TRUSTEE IN THE INVOLUNTARY CHAPTER 7
BANKRUPTCY PROCEEDING *IN RE: NLG, LLC*
*(PENDING IN THE BANKRUPTCY COURT FOR THE
DISTRICT OF DELAWARE)*,

                Defendant.
-------------------------------------------------------------------X

Case No.: 1:22-cv-02756 (ENV)

**NOTICE OF VOLUNTARY
DISMISSAL OF ACTION
WITHOUT PREJUDICE**

WHEREAS no defendant has filed an answer or a motion for summary judgment in this action;

WHEREAS no crossclaim or counterclaim has been filed in this action.

NOW, THEREFORE, Plaintiff, MARZEC LAW FIRM, P.C., hereby dismisses this action in its entirety without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated: May 17, 2022
       Brooklyn, New York

                                    Jerome Noll, Esq.
                                    Marzec Law Firm, P.C.
                                    Attorneys for Plaintiff
                                    *MARZEC LAW FIRM, P.C.*
                                    776A Manhattan Ave, Suite 104
                                    Brooklyn, NY 11222
                                    (718) 609-0303
                                    jerome.noll@marzec.myfirm.pro

**Upon request of Plaintiff and good cause appearing,**
**IT IS SO ORDERED** that this action be and hereby is dismissed without prejudice in its entirety. The clerk is directed to close this action.

Dated: May ____, 2022                              UNITED STATE DISTRICT JUDGE