UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MARZEC LAW FIRM, P.C.,

                Plaintiff,

  - against -

ALFRED GIULIANO, IN HIS CAPACITY AS INTERIM
TRUSTEE IN THE INVOLUNTARY CHAPTER 7
BANKRUPTCY PROCEEDING *IN RE: NLG, LLC*
*(PENDING IN THE BANKRUPTCY COURT FOR THE*
*DISTRICT OF DELAWARE)*,

                Defendant.
-------------------------------------------------------------------X

Case No.: 1:22-cv-02756 (ENV)

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE**

WHEREAS no defendant has filed an answer or a motion for summary judgment in this action;

WHEREAS no crossclaim or counterclaim has been filed in this action.

NOW, THEREFORE, Plaintiff, MARZEC LAW FIRM, P.C., hereby dismisses this action in its entirety without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated: May 17, 2022
      Brooklyn, New York

Jerome Noll, Esq.
Marzec Law Firm, P.C.
Attorneys for Plaintiff
*MARZEC LAW FIRM, P.C.*
776A Manhattan Ave, Suite 104
Brooklyn, NY 11222
(718) 609-0303
jerome.noll@marzec.myfirm.pro

**Upon request of Plaintiff and good cause appearing,**
**IT IS SO ORDERED** that this action be and hereby is dismissed without prejudice in its entirety. The clerk is directed to close this action.

/s/ Eric N. Vitaliano

Dated: May **19**, 2022

UNITED STATE DISTRICT JUDGE